IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COGNIPOWER LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-160 - JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING MEDIATION**

Pursuant to the Court's Docket Control Order (Dkt. 183), the parties file this Joint Notice regarding mediation. The parties have agreed to mediation with Retired Judge Folsom, subject to his availability.

Date: September 24, 2024

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
(Texas Bar No. 00787165)
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson Suite 418
Tyler Texas 75702
903-531-3535
rcbunt@pbatyler.com

Jason G. Sheasby
(*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
310-203-7096
jsheasby@irell.com

1

Andrew Choung
(Admitted in E.D. Tex.)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
213-629-6000
achoung@nixonpeabody.com

**Attorneys for Plaintiff CogniPower LLC**


*/s/ Melissa R. Smith (with permission)*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

FAEGRE DRINKER BIDDLE & REATH LLP
David J.F. Gross – Lead Attorney (admitted pro hac vice)
david.gross@faegredrinker.com
Timothy E. Grimsrud (admitted pro hac vice)
tim.grimsrud@faegredrinker.com
Chad Drown (admitted pro hac vice)
chad.drown@faegredrinker.com
Lauren J.F. Barta (admitted in E.D. Tex.)
lauren.barta@faegredrinker.com
Kelly J. Fermoyle (admitted pro hac vice)
kelly.fermoyle@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 1 (612) 766-7000
Facsimile: 1 (612) 766-1600

Christopher J. Burrell (admitted pro hac vice)
chris.burrell@faegredrinker.com
1500 K Street, Suite 1100
Washington, D.C. 20005

Telephone: 1 (202) 842-8800
Facsimile: 1 (202) 842-8465

Evan J. Kline-Wedeen (admitted pro hac vice)
evan.kline-wedeen@faegredrinker.com
320 S Canal St Suite 3300
Chicago, IL 60606
Telephone: 1 (312) 569-1000
Facsimile: 1 (312) 569-3000

Zachary Kachmer (admitted pro hac vice)
zach.kachmer@faegredrinker.com
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: 1 (303) 607-3500
Facsimile: 1 (303) 607-3600

***Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.***

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on September 24, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

3