# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COGNIPOWER LLC, <br>    *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>    *Defendants*. | § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00160-JRG |

## ORDER

Before the Court is the Claim Construction Order issued by Magistrate Judge Payne. (Dkt. No. 194.) After issuance of the Claim Construction Order, (1) Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") filed Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Objections to Magistrate Judge Payne's Claim Construction and Order (Dkt. No. 219), and (2) Plaintiff CogniPower LLC ("Plaintiff" and with Defendants, the "Parties") filed CogniPower's Objections to Magistrate Judge Payne's Claim Construction Order (Dkt. No. 220).

After considering the reasons provided in the Claim Construction Order, the underlying claim construction briefing, the objections filed by the Parties, and the responses thereto, the Court agrees with the conclusions reached within the Claim Construction Order and finds the arguments within the objections unpersuasive. Accordingly, the Court **OVERRULES** the objections and **ADOPTS** Magistrate Judge Payne's Claim Construction Order.

**So ORDERED and SIGNED this 16th day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE