IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COGNIPOWER LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | Civil Action No. 2:23-cv-00160-JRG<br><br>**JURY TRIAL DEMANDED** |

**Notice of No Objection to Special Masters' Rulings**

Pursuant to Federal Rule of Civil Proceudre 53, Plaintiff CogniPower informs the Court that it **does not** object to the special masters reports and recommendations at Dkts. 332 and 333.

| | |
|---|---|
| Date: March 17, 2025 | */s/ Jason G. Sheasby* <br> Robert Christopher Bunt <br> (Texas Bar No. 00787165) <br> PARKER, BUNT & AINSWORTH, P.C. <br> 100 E. Ferguson Suite 418 <br> Tyler Texas 75702 <br> 903-531-3535 <br> rcbunt@pbatyler.com <br><br> Jason G. Sheasby <br> (Admitted *Pro Hac Vice*) <br> Stephen M. Payne <br> (Admitted *Pro Hac Vice*) <br> Benjamin E. Manzin-Monnin <br> (Admitted *Pro Hac Vice*) <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, CA 90067 <br> 310-277-1010 <br> jsheasby@irell.com <br> spayne@irell.com <br> bmonnin@irell.com <br><br> Jonathan M. Lindsay <br> (Admitted in E.D. Tex.) <br> IRELL & MANELLA LLP <br> 840 Newport Center Drive, Suite 400 <br> Newport Beach, CA 92660 <br> 949-760-5220 <br> jlindsay@irell.com <br><br> Andrew Choung <br> (Admitted in E.D. Tex.) <br> Jennifer Hayes <br> (admitted *Pro Hac Vice*) <br> NIXON PEABODY LLP <br> 300 S. Grand Avenue, Suite 4100 <br> Los Angeles, CA 90071 <br> 213-629-6000 <br> achoung@nixonpeabody.com <br> jenhayes@nixonpeabody.com <br><br> *Attorneys for Plaintiff CogniPower LLC* |

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on March 17, 2025, pursuant to Local Rule CV-5(a) and has been served on all counsel via electronic mail.

/s/ *Jason G. Sheasby*
Jason G. Sheasby

11413027