IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COGNIPOWER LLC | § § § | |
| v. | § § | CASE NO. 2:23-cv-00160-JRG |
| SAMSUNG ELECTRONICS CO., LTD., *et al* | § § § | |

MINUTES FOR EVIDENTIARY HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 27, 2025

**OPEN: 01:33 PM**                                                                 **ADJOURN: 02:36 PM**

ATTORNEYS FOR PLAINTIFF:         See attached

ATTORNEYS FOR DEFENDANTS:     See attached

LAW CLERKS:                                   Brendan McLaughlin
                                                        Braden Anderson
                                                        Richard "Chipper" Adams

COURT REPORTER:                        Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                 Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 01:33 PM | Court opened. |
| 01:34 PM | Court called for announcements from counsel. |
| 01:36 PM | Court addressed Dkt. Nos. 332 and 333. |
| 01:36 PM | Statement to the Court by Mr. Gross on behalf of Defendants. |
| 01:44 PM | Court directed the parties to: (1) meet and confer; (2) file an amended proposed Docket Control Order; (3) include the following dates: July 14 for pretrial conference and August 18 for jury selection followed by trial; and (4) to be filed within seven days from today. |
| 01:46 PM | Statement to the Court by Mr. Manzin-Monnin. |
| 01:47 PM | Questions posed by the Court. |
| 02:16 PM | Statement to the Court by Mr. Sheasby. |
| 02:28 PM | **Courtroom sealed**. |
| 02:28 PM | Continuation statement to the Court by Mr. Sheasby. |
| 02:30 PM | **Courtroom unsealed**. |

- 2 -

| TIME | MINUTE ENTRY |
|---|---|
| 02:30 PM | Continuation statement to the Court by Mr. Sheasby. |
| 02:35 PM | Court to take matter under submission. |
| 02:36 PM | Court adjourned. |