**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COGNIPOWER LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | Civil Action No. 2:23-cv-00160-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE REGARDING PRESS RELEASE**

Pursuant to the Court's order at Dkt. 345, Irell & Manella LLP (counsel for CogniPower) hereby provides the requested press release (regarding the LCLD program) from Irell & Manella's website, attached hereto as Ex. A.  Attached as Ex. B is Mr. Manzin-Monnin's communication to LCLD dated March 31, 2025 withdrawing from the program.

Date: April 1, 2025

/s/ Jason G. Sheasby

Robert Christopher Bunt
(Texas Bar No. 00787165)
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson Suite 418
Tyler Texas 75702
903-531-3535
rcbunt@pbatyler.com

Jason G. Sheasby
(Admitted *Pro Hac Vice*)
Stephen M. Payne
(Admitted *Pro Hac Vice*)
Benjamin E. Manzin-Monnin
(Admitted *Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
310-277-1010
jsheasby@irell.com
spayne@irell.com
bmonnin@irell.com

Jonathan M. Lindsay
(Admitted in E.D. Tex.)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
949-760-5220
jlindsay@irell.com

Andrew Choung
(Admitted in E.D. Tex.)
Jennifer Hayes
(admitted *Pro Hac Vice*)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
213-629-6000
achoung@nixonpeabody.com
jenhayes@nixonpeabody.com

*Attorneys for Plaintiff CogniPower LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that the foregoing document was filed electronically on April 1, 2025, pursuant to

Local Rule CV-5(a) and has been served on all counsel via electronic mail.


<u>*/s/ Jason G. Sheasby*   </u>

Jason G. Sheasby

11413027