# EXHIBIT A

IRELL & MANELLA
LLP

# Annita Zhong, Jie Gao, Benjamin Manzin-Monnin Tapped for LCLD Leadership Programs

## Professionals

Jie Gao

Benjamin Manzin-Monnin

Hong (Annita) Zhong

## Practice Areas

Intellectual Property Litigation

Litigation

01.2025

Annita Zhong was selected as the firm's Leadership Council on Legal Diversity (LCLD) Fellow for 2025, and Jie Gao and Benjamin Manzin-Monnin were chosen as LCLD Pathfinders. Both are year-long programs designed to help a new generation of attorneys ascend to positions of leadership.

The Fellows program is aimed at preparing high-potential, mid-career attorneys with professional and personal development opportunities, leadership training, relationship-building resources and access to LCLD Members (who include managing partners and general counsel).

The Pathfinders program is designed to connect high-potential, early-career attorneys with foundational leadership skills and relationship-building resources during a seven-month professional development program.

Founded in 2009, LCLD is an organization committed to ensuring all talent thrives, with the ultimate goal of building a more equitable and diverse legal profession. For more information, visit www.lcldnet.org.