# EXHIBIT B

| | |
|---|---|
| **From:** | Manzin-Monnin, Benjamin |
| **Sent:** | Monday, March 31, 2025 9:16 AM |
| **To:** | salexander@lcld.com |
| **Subject:** | LCLD pathfinder program |

Dear Ms. Alexander,

I write to inform you that after consideration I hereby withdraw my nomination to the LCLD Pathfinder Program.  I do so in light of a sanctions order directed against me and my supervising partner received today in the matter of CogniPower LLC v. Samsung Electronics Co., Ltd. et al, 2:23-cv-00160-JRG (Dkt. 345).  I believe my withdrawal is in the best interest of LCLD and my firm.  I also inform you that I have not yet created an online account or attended any meetings for the program to date.  Thank you in advance for your understanding.

Best,
Ben
(310) 203-7974