IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COGNIPOWER LLC,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | Case No. 2:23-cv-160 - JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff respectfully requests that Benjamin Manzin-Monnin of Irell & Manella, LLP be permitted to withdraw as counsel of record for Plaintiff. The granting of this motion imposes no delay and will not affect any deadlines in the case. Mr. Manzin-Monnin remains the subject of the Court's Orders to Docket Nos. 337 and 345.

Further, the clerk is requested to terminate all CM/ECF notifications as to Mr. Manzin-Monnin for this action. Counsel for Defendants do not object to the filing of this Motion.

Date: April 2, 2025.
                                         */s/ Robert Christopher Bunt*
                                         Robert Christopher Bunt
                                         (Texas Bar No. 00787165)
                                         PARKER, BUNT & AINSWORTH, P.C.
                                         100 E. Ferguson Suite 418
                                         Tyler Texas 75702
                                         903-531-3535
                                         rcbunt@pbatyler.com

                                         Jason G. Sheasby
                                         (*Pro Hac Vice*)
                                         IRELL & MANELLA LLP
                                         1800 Avenue of the Stars, Suite 900
                                         Los Angeles, CA 90067

310-203-7096
jsheasby@irell.com

Jonathan M. Lindsay
(Admitted in E.D. Tex.)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
949-760-5220
jlindsay@irell.com

Andrew Y. Choung
(Admitted in E.D. Tex.)
Jennifer Hayes
(admitted *Pro Hac Vice*)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
213-629-6000
achoung@nixonpeabody.com
jenhayes@nixonpeabody.com

*Attorneys for Plaintiff CogniPower LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 2, 2025.

                                           */s/ Robert Christopher Bunt*
                                           ROBERT CHRISTOPHER BUNT

**CERTIFICATE OF CONFERENCE**

On April 2, 2025, counsel for Defendants and counsel for Plaintiff met and conferred pursuant to Local Rule CV-7(h). Defendants do not oppose the relief sought herein.

                                           */s/ Robert Christopher Bunt*
                                           ROBERT CHRISTOPHER BUNT