IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COGNIPOWER LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>*and* SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>   *Defendants*. | § § § § § § § § § §   CASE NO. 2:23-CV-00160-JRG-RSP |

## ORDER

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") previously filed a Motion for Summary Judgment on Preclusion Issues ("Motion") (Dkt. No. 566.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 625), recommending grant-in-part of Defendants' Motion. CogniPower LLC ("Plaintiff") has now filed Objections (Dkt. No. 629), with Defendants filing a Response and Objections (Dkt. No. 630.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on the parties' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** the parties' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 566) is **GRANTED** as to dismissal of all infringement claims against the Samsung products containing the InnoSwitch3 chips, and **DENIED** as to the counterclaims of invalidity of the Asserted Patents.

**So ORDERED and SIGNED this 14th day of January, 2026.**

                                                                         */s/ Rodney Gilstrap*
                                                   RODNEY GILSTRAP
                                                   UNITED STATES DISTRICT JUDGE