# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

COGNIPOWER LLC,

    Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD.;      Case No. 2:23-cv-160 – JRG-RSP
SAMSUNG ELECTRONICS AMERICA,
INC.,

    Defendants.

## STAY ORDER

The Court is concurrently entering a final judgment pursuant to Rule 54(b) on Plaintiff CogniPower, LLC's ("CogniPower's") claims against the Samsung products containing Power Integrations Innoswitch3 chips subject to the Court's summary judgment order at Dkt. 631. Based on the joint motion of the parties, and for good cause shown, the Court hereby ORDERS:

1. All claims, counterclaims, and defenses in this case not subject to the Court's Rule 54(b) final judgment are hereby STAYED, including as to any issues involving prevailing party, costs, or fees.

2. These claims, counterclaims, and defenses shall remain stayed until the Federal Circuit's mandate on any appeal is entered, or the deadline for filing an appeal has expired without an appeal being filed.

3. The parties are directed to file a joint notice within ten (10) days of entry of the Federal Circuit's mandate on any appeal, or from the expiry of any time to appeal without an appeal being filed, setting forth the parties' positions on further proceedings.

**SIGNED this 19th day of February, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE